1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | California Bar No.: 149883
    U.S. Courthouse, 14th Floor
6 |     312 North Spring Street
    Los Angeles, CA 90012
7 |     Telephone: (213)894-6166
    Facsimile: (213)894-7177
8 |     E-Mail: Steven.Welk@usdoj.gov

9 | Attorneys for Plaintiff
United States of America

FILED

11 FEB 17 PM 2: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CV11 01482** RSWL PJWx |
| Plaintiff, | **COMPLAINT FOR FORFEITURE** |
| v. | [18 U.S.C. § 981(a)(1)(A) and (C)] |
| $105,349.33 IN UNITED STATES CURRENCY AND BANK FUNDS, | [H.S.I.] |
| Defendants. | |

The United States of America brings this claim against $105,349.33 seized from two Paypal accounts, four bank accounts and $4,004.00 in United States Currency (collectively, "defendants"), which are more particularly described below, and alleges as follows:

## JURISDICTION AND VENUE

1.   This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

2. This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b) and (c).

<u>PERSONS AND ENTITIES</u>

4. The defendants consist of the following:

| Account Type: | Account Number: | Amount/ Value: | Account Holder: | Date of Seizure: |
|---|---|---|---|---|
| Paypal | 15428727991 43917813 | $33,244.20 | Jeffrey Brzoska | 09/08/10 |
| Paypal | 21180747614 22735886 | $28,965.41 | Jeffrey Brzoska | 08/23/10 |
| Bank of America | 10203-60349 | $18,081.76 | Jeffrey Brzoska | 08/09/10 |
| Bank of America | 10207-09190 | $3,595.02 | Jeffrey Brzoska | 08/09/10 |
| Wells Fargo Bank | 278-1526021 & 275-6043804 | $17,458.94 | Jeffrey Brzoska | 08/10/10 |
| Cash | N/A | $4,004.00 | Brzoska Safe | 08/0910 |

5. The interests of Jeffrey Wayne Brzoska may be adversely affected by these proceedings.

6. The defendants were seized in this district on the dates listed above and are in the custody of United States Customs and Border Protection, where they shall remain subject to this court's jurisdiction during the pendency of this action.

2

SUMMARY: THE ILLEGAL BOOKMAKING BUSINESS OF JEFFREY WAYNE BRZOSKA

7.   Homeland Security Investigations ("HSI") initiated an investigation of Jeffrey Wayne Brzoska, ("Brzoska") after being contacted by the Newport Beach Police Department ("NBPD") and the Internal Revenue Service ("IRS").   Brzoska was operating an illegal web-based offshore bookmaking operation using the website www.tropics69.com.  Brzoska ran the online gambling operation with Scott Murphy, an operating assistant for the www.tropics69.com website.   The servers for the website are located in Costa Rica, where there is also a call center for clients to phone in bets.   Through interviews with bettors, Brzoska and others involved in the operation, HSI identified several accounts used to deposit wagers and payout winnings.

### Facts Supporting Forfeiture

8.   On December 2, 2008, NBPD Detective Ed Hayward saw an individual approach a man in a black Range Rover and conduct a hand-to-hand exchange that appeared to be a drug transaction. Detective Hayward approached the driver, later identified as Brzoska, to investigate what had transpired.   Brzoska told Detective Hayward that he was not buying or selling drugs, but had just paid someone $1,600.00 for a bookmaking debt.   Brzoska claimed that he was merely a "runner" for a bookmaking business in Costa Rica, claiming that the Costa Rican company wired money to Brzoska's Bank of America account and told him by email or phone to whom the money should be paid.

9.   Brzoska consented to a search of the Range Rover, revealing $4,400.00 in U.S. currency; a stack of printed emails from email address tropics69@nbcali.com, consistent with

1   bookmaking account payment requests; and various checks,

2   including two cashier's checks from Bank of America as well as

3   personal checks.  Brzoska told Detective Hayward that the checks

4   were to be used to pay gambling winnings.

5       10.  Further investigation revealed that Brzoska was not

6   merely a "runner" as he claimed, but an operator of the

7   bookmaking operation.  Brzoska, together with Scott Murphy, was

8   operating an illegal racing and sports booking website called

9   www.tropics69.com which allowed bettors to place wagers on

10  professional and collegiate sporting events such as football,

11  baseball, and basketball.

12      11.  Investigators subsequently interviewed several alleged

13  clients of Brzoska, including Christopher McDonald.  McDonald

14  admitted to being an avid gambler who had put several of his

15  friends in contact with Brzoska's gambling operation.

16  Investigators have identified approximately 60-70 people in the

17  Newport Beach area who were betting clients of www.tropics69.com.

18      12.  Gamblers were able to place wagers through the website

19  or over the phone.  The betting accounts at www.tropics69.com

20  start with "TO" followed by four numbers, for example, TO7400.

21  While servers for the website and the call center were located in

22  Costa Rica, most of the day-to-day operations were run from

23  Brzoska and Murphy's apartment in Newport Beach, California.

24      13.  Brzoska also owns several condominium properties in

25  Utah and spends much of his time there.  Murphy oversaw the

26  business when Brzoska was out of town, but stayed in constant

27  contact with him.  Bettors could pay for wagers by check, cash,

28  or deposits into Brzoska's bank or Paypal accounts.  Paypal is an

4

1  online payment service that allows account holders to send money
2  to others over the internet without sharing personal financial
3  information.  When using Paypal accounts, Brzoska instructed
4  bettors to include a notation intended to conceal the nature of
5  the transaction (for example, stating that payment was for the
6  purchase of sports memorabilia or services from Vegas Group
7  Entertainment).

8      14.  Vegas Group Entertainment ("VGE")is a Nevada shell
9  company set up by Brzoska to funnel money from his illegal
10  gambling operation and suggest the appearance of
11  legitimacy.  Although the Articles of Incorporation for VGE do
12  not list Brzoska as an agent, manager, or officer, the references
13  to VGE in numerous Paypal and bank transactions link him to the
14  company.  In addition, Brzoska claimed on two separate mortgage
15  applications in 2008 that he earned $15,000 per month from self
16  employment working at VGE.

17      15.  On August 9, 2010, HSI agents executed seizure warrants
18  against six of Brzoska's financial accounts that had been used to
19  facilitate his illegal bookmaking business, including two Paypal
20  accounts, two Bank of America accounts, and two Wells Fargo
21  accounts.

22          a.  Paypal provided HSI with two checks: one on August
23  23, 2010 for the contents of the account ending in 886
24  (representing $28,965.41 of the defendant property); and the
25  other on September 8, 2010, for the contents of the account
26  ending in 813 (representing $33,244.20 of the defendant
27  property).

28          b.  Bank of America provided HSI with checks for both

1 accounts on August 9, 2010 and Wells Fargo provided HSI with

2 checks for the amount in each account the following day, on

3 August 10, 2010. Because Wells Fargo did not specify which check

4 went with which account number, the Wells Fargo funds are

5 combined.

6    16.   Also on August 9, 2010, HSI executed search warrants of

7 Brzoska and Murphy's residences.  Among the items seized at

8 Brzoska's home was a personal safe containing $4,004.00 in U.S.

9 currency (a portion of the defendant property).

10    17.   Plaintiff alleges that Brzoska deposited the proceeds

11 of his illegal gambling operation activities into numerous bank

12 and financial accounts, including the accounts from which the

13 defendant monies were seized.  Many of the deposits in the seized

14 accounts referenced "tropics," or simply stated they were

15 payments for bets.  Other deposits included notations intended to

16 conceal the true nature of the transaction, such as purchase of

17 "sports memorabilia" or "VGE services."

18    18.   Gambling clients have confirmed to investigators that

19 their deposits were really payment for wagers.  Moreover, the

20 deposits, which amounted to more than $14.5 million over a four-

21 year period, were made by numerous individuals who had no other

22 apparent business or personal relationship with Brzoska.

23    19.   Further investigation has revealed no apparent

24 legitimate sources of income for Brzoska that would account for

25 the amount of money or volume of transactions going through his

26 financial accounts.

27 / / /

28 / / /

6

## Bases for forfeiture

20.   Based on the above, plaintiff alleges that the defendants are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) on the ground that they constitute or were derived from proceeds traceable to conduct constituting specified unlawful activity as defined at 18 U.S.C. §§ 1956(a)(7)(A) and 1961(1).

21.   Based on the above, plaintiff further alleges that the defendants are subject to forfeiture pursuant to 18 U.S.C. § 981 (a)(1)(A) on the ground that they were property involved in one or more transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 or 1957, or are traceable to such property.

WHEREFORE, the United States prays that:

a.   due process issue to enforce the forfeiture of the defendants;

b.   due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

c.   that this court decree forfeiture of the defendants to the United States of America for disposition according to law; and,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1              d.     for such other and further relief as this court

2   may decree.

3   DATED: February 17, 2011

4                                    ANDRÉ BIROTTE JR.
                                     United States Attorney
5                                    ROBERT E. DUGDALE
                                     Assistant United States Attorney
6                                    Chief, Criminal Division

7

8                                    STEVEN R. WELK
                                     Assistant United States Attorney
9                                    Chief, Asset Forfeiture Section

10                                   Attorneys for Plaintiff
                                     United States of America
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>VERIFICATION</u>

I, Special Agent Scott Wittmier, hereby declare that:

1.    I am a Special Agent with Homeland Security Investigations.  I am the case agent for the civil forfeiture action entitled <u>United States v.  Two Paypal Accounts, Four Bank Accounts and $4,004.00 in U.S.  Currency</u>.

2.    I have read the above Complaint for Forfeiture and know its contents.  Based upon my own personal knowledge and reports provided to me by other agents.

3.    Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed on February 17, 2011 in Los Angeles, California.


_____
Special Agent Scott Wittmier

9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV11- 1482 RSWL (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| United States of America | $105,349.33 in United States Currency and Bank Funds |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Steven R. Welk, Assistant United States Attorney<br>1400 United States Courthouse, 312 North Spring Street<br>Los Angeles, California 90012; Telephone: (213)894-6166  Fax: (213) 894-7177 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
18 U.S.C. § 981(a)(1)(A) and (C)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☑ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: _____     CV11   01482

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
      Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Greg Forham_   Date  February 17, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |