O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | CV 11-1482 RSWL (PJWx) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER Re: Plaintiff's** |
| v.   ) | **Motion for Default** |
| ) | **Judgment Against the** |
| $105,349.33 in United  ) | **Interests of Jeffrey W.** |
| States Currency and Bank ) | **Brzoska, and All Other** |
| Funds   ) | **Potential Claimants [17]** |
| ) | |
| Defendant. ) | |
| ) | |

On March 22, 2012, Plaintiff United States of America's ("Plaintiff") Motion for Default Judgment Against the Interests of Jeffery W. Brzoska, and All Other Potential Claimants came on for regular calendar before the Court [17]. The Court, having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Motion for Default Judgment is hereby **GRANTED.** The Court finds that Plaintiff has satisfied all procedural requirements necessary under Local Rule

1

55-1 for entry of default judgment.  Specifically, the Court finds that on January 18, 2012, the clerk entered default against the Interests of Jeffrey W. Brzoska, and All Other Potential Claimants ("Brzoska");  Brzoska is not an infant, incompetent person, in military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.  Furthermore, the Court finds that the substantive factors set forth in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) weigh in favor of granting default judgment.

THEREFORE, IT IS ORDERED that:

Default judgment shall be entered against the Interests of Jeffery W. Brzoska, and All Other Potential Claimants.  As for the relief requested, the Court **GRANTS** Plaintiff's request pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) in the amount of $105,349.33.

**IT IS SO ORDERED.**

DATED: April 10, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2